and that it gave to the appraising officer all the information in its possession at the time of entry as to the dutiable value of the merchandise. We are further of the opinion that there was no intent to defraud the Government of the United States or to deceive its officials and that the petitioner acted in good faith.

The petition is therefore granted.

BEFORE THE SECOND DIVISION, DECEMBER 26, 1947

No. 52080.—Van Raalte Co. v. United States, protests 494578–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

No. 52081.—H. S. Caesar & Co. v. United States, protests 514589–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

No. 52082.—Van Raalte Co. v. United States, protests 540444–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

No. 52083.—Backmann Emmerich Co. et al. v. United States, protests 900502–G, etc. (New York).